EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Designación de la Secretaria del Tribunal Supremo | 2004 TSPR 200 163 DPR _____ |

Número del Caso: EN-2004-09

Fecha: 14 de diciembre de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Designación de la
Secretaria del                    EN-2004-9
Tribunal Supremo


RESOLUCIÓN


San Juan, Puerto Rico, a 14 de diciembre de 2004.

Se designa Secretaria de este Tribunal a la Lcda. Aida Ileana Oquendo Graulau. Ésta ejercerá las funciones propias del cargo y cualquier otra función que le asigne el Tribunal. La presente designación será efectiva tan pronto preste el juramento de toma de posesión de su cargo

Publíquese.

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez no intervino.


María I. Colón Falcón
Subsecretaria del Tribunal Supremo